Henry Boomgarden, administrator of the estate of Augusta Boomgarden, deceased, appellee, v. Chicago and Eastern Illinois Railway Company, appellant. Gen. No. 8,488.

Opinion filed May 28, 1932.

Free P. Morris and Roscoe C. South, for appellant; Kenneth L. Richmond, of counsel. Wendell P. Kay, for appellee; J. N. Moore, of counsel.

Mr. Justice Baldwin delivered the opinion of the court.

Hazel R. Batson, defendant in error, v. Herbert M. Batson, plaintiff in error. Gen. No. 8,391.

Opinion filed June 7, 1932.

Frank T. Jordan, for plaintiff in error. Hadley & Weaver, for defendant in error; Willard E. Cain and John S. Woodward, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.

Lincoln B. Evans, appellant, v. Frank J. Reinke Motor Sales and Commercial Credit Trust, appellees. Gen. No. 8,455.

Opinion filed June 7, 1932.

William H. Tuttle, for appellant. James Eugene Malone and Robert Graham Smith, for appellees.

Mr. Presiding Justice Jett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. George Powell, plaintiff in error. Gen. No. 8,380.

Opinion filed June 7, 1932.

Matheny & Welker, for plaintiff in error. A. Fred Kendall, State's Attorney, for defendant in error.

Mr. Justice Wolfe delivered the opinion of the court.